| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7-29-20 |

JOSE MARIO PEREZ, JR.,

                Plaintiff,

      v.

DUE MILLA REALTY GROUP LLC AND
CMH BBQ HOLDINGS, LLC,

                Defendants.

19-CV-5794 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    According to the docket, a mediation conference in this action was rescheduled for July 8, 2020. No later than August 5, 2020, the parties shall file a joint letter updating the Court as to the status of this case, including the status of the mediation proceedings.

SO ORDERED.

Dated:    July 29, 2020
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge