UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE MARIO PEREZ, JR.,                                            :
:
                             Plaintiff,                                  :
:         19-CV-5794 (JPC)
    -v-                                                         :
:         <u>ORDER</u>
DUE MILLA REALTY GROUP LLC and CMH BBQ                            :
HOLDINGS, LLC,                                                    :
:
                            Defendants.                                 :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 15, 2020, the parties requested that the Court refer this case to the Southern District's Court-annexed Mediation Program. (Dkt. 27.) The Court entered a mediation referral order later that day. (Dkt. 28.) The Court has now been informed that mediation did not take place because one or both parties did not participate in the mediation. It is hereby ORDERED that by January 29, 2021, the parties shall submit a letter updating the Court on (1) why the mediation did not go forward and (2) whether either party intends to move for summary judgment in this case now that discovery has closed. (*See* Dkt. 25.)

      SO ORDERED.

Dated: January 25, 2021
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge