UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSE MARIO PEREZ, JR.,                                               :
                                                                     :
                              Plaintiff,                             :    19-CV-5794 (JPC)
                                                                     :
              -v-                                                    :    ORDER
                                                                     :
DUE MILLA REALTY GROUP LLC and CMH BBQ                               :
HOLDINGS, LLC,                                                       :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of a status update from the parties, dated January 29, 2021. (Dkt. 32.) The Court will again refer this case for mediation to the Court-annexed Mediation Program in a separately docketed Order. It is further ORDERED that the parties shall submit a letter updating the Court on the status of this case within 45 days of the date of this Order or within seven days of the completion of mediation, whichever is sooner.

      SO ORDERED.

Dated: February 1, 2021  
       New York, New York                              _____  
                                             JOHN P. CRONAN  
                                          United States District Judge