```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE MARIO PEREZ, JR.,                                             :
                                                                   :
                              Plaintiff,                           :
                                                                   :     19 Civ. 5794 (JPC)
               -v-                                                 :
                                                                   :         ORDER
DUE MILLA REALTY GROUP LLC and                                     :
CMH BBQ HOLDINGS, LLC,                                             :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 1, 2021, the Court referred this case to the Court annexed Mediation Program. Dkt. 34.  The Court understands from the docket that mediation conferences occurred on May 25, 2021, June 10, 2021, July 13, 2021, August 25, 2021, October 5, 2021, and November 2, 2021. By December 10, 2021, the parties shall submit a joint letter updating the Court on the status of mediation.  If mediation was not successful, the parties should include in the letter whether any party intends to move for summary judgment and, if so, the basis for the motion and opposition, as well as a proposed briefing schedule.

    SO ORDERED.

Dated: December 3, 2021  
       New York, New York  
                                               JOHN P. CRONAN  
                                               United States District Judge