```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSE MARIO PEREZ, JR.,                                           :
                                                                 :
                          Plaintiff,                             :
                                                                 :         19 Civ. 5794 (JPC)
              -v-                                                :
                                                                 :         ORDER
DUE MILLA REALTY GROUP LLC and                                   :
CMH BBQ HOLDINGS, LLC,                                           :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 3, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of mediation by December 10, 2021. Dkt. 37. The parties failed to submit a status letter by the December 10, 2021 deadline. Accordingly, it is hereby ORDERED that, by December 15, 2021, the parties shall submit a status letter as set forth in the December 3, 2021 Order, including whether any party intends to move for summary judgment and, if so, the basis for the motion and opposition, as well as a proposed briefing schedule.

SO ORDERED.

Dated: December 13, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge