```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSE MARIO PEREZ, JR.,

                Plaintiff,                  19-CV-05794 (JPC)(SN)

   -against-                                **ORDER**

DUE MILLA REALTY GROUP LLC, et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On December 16, 2021, the Honorable John P. Cronan assigned this matter to my docket for settlement. By December 29, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 17, 2021
               New York, New York