```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE MARIO PEREZ, JR.,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :           19 Civ. 5794 (JPC)
              -v-                                                      :
                                                                       :                ORDER
DUE MILLA REALTY GROUP LLC and                                         :
CMH BBQ HOLDINGS, LLC,                                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 16, 2021, the Court referred this case for a settlement conference with the Honorable Sarah Netburn.  Dkts. 40-41.  The Court also directed the parties to "file a joint status letter within one week of the final settlement conference with Judge Netburn advising the Court regarding the status of the parties' settlement and whether Plaintiff still intends to move for summary judgment."  Dkt. 40 at 2.  The parties participated in a settlement conference with Judge Netburn on February 10, 2022, and the undersigned understands that the parties were unable to reach an agreement to settle.  Accordingly, pursuant to the Court's December 16, 2021 Order, the parties were required to submit a joint status letter by February 17, 2022.  Dkt. 40.  The parties have failed to do so.

It is hereby ordered that, by February 23, 2022, the parties shall submit a status letter, as previously directed in the Court's December 16, 2021 Order.

SO ORDERED.

Dated: February 18, 2022
       New York, New York                             _____
                                                      JOHN P. CRONAN
                                                      United States District Judge