# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

March 24, 2022

<u>Via ECF</u>
The Honorable John Peter Cronan
United States District Judge
Southern District of New York

Re:   *Jose Mario Perez, Jr. v. Due Milla Realty Group LLC and CMH BBQ Holdings, LLC*

**Docket No. 1:19-cv-05794 (JPC)(SN)**

Dear Judge Cronan:

We represent the plaintiff in the above-entitled action. Because the defendants are not cooperating in preparing the joint pretrial filings, plaintiff respectfully asks the Court to extend the deadline for all the pretrial filings from March 25, 2022 to April 8, 2022 and to direct the defendants to provide the plaintiff their comments and portions to the pretrial filings by no later than March 30, 2022.

Pursuant to Your Honor's Order of February 24, 2022 (See ECF Document #47), the parties must file joint pretrial filings by March 25, 2022. After the Order of February 24, plaintiff began working on the pretrial documents and, on March 10, 2022, plaintiff sent a draft of all the pretrial documents to the defendants. Plaintiff requested that the defendants provide their comments and portions to plaintiff by March 17, 2022 in order for the parties to have sufficient time to jointly prepare these documents. But the defendants did not provide any response by March 17 or ask plaintiff for more time. On March 18, 2022, plaintiff advised the defendants of their failure to participate in preparing joint filings.

Defendants finally responded later on March 18, 2022 by stating that they do have comments/changes to the documents and asked if they could provide those by Tuesday, March 23, 2022. But, once again, the defendants ignored their own deadline and have not even responded to plaintiff's communications on March 23 concerning their input.

Accordingly, given the defendants failure to communicate, plaintiff seeks judicial intervention to extend the deadline for the pretrial filings and to respectfully ask the Court to direct the defendants to provide their comments/changes by March 30, 2022. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

---

The parties shall file their joint pretrial filings by April 8, 2022. Absent good cause, the Court will not grant any additional extension of the deadline to file the joint pretrial filings.

SO ORDERED.

Date:   March 24, 2022
           New York, New York

_____
JOHN P. CRONAN
United States District Judge