```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSE MARIO PEREZ, JR.,                                           :
                                                                 :
                              Plaintiff,                         :
                                                                 :         19 Civ. 5794 (JPC)
                -v-                                              :
                                                                 :              ORDER
DUE MILLA REALTY GROUP LLC and CMH BBQ                           :
HOLDINGS, LLC,                                                   :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has set a trial commencement date in this case for November 7, 2022. Dkt. 49. The Court will hold a Final Pretrial Conference on November 1, 2022, at 9:00 a.m. Unless otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties shall promptly advise the Court if there comes a point when they do not expect this case to proceed to trial.

SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge