UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE MARIO PEREZ, JR.,                                            :
                                                                  :
                          Plaintiff,                              :
                                                                  :         19 Civ. 5794 (JPC)
        -v-                                                       :
                                                                  :         ORDER
DUE MILLA REALTY GROUP LLC and CMH BBQ                            :
HOLDINGS, LLC,                                                    :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 19, 2022, the Court ordered Defendants to provide the Court with a status update as to remediation no later than January 16, 2023. That deadline has passed, and the docket does not reflect a new status letter from Defendants. Accordingly, Defendants' deadline to provide the Court with a status letter as to remediation is adjourned *sua sponte* to February 1, 2023.

       SO ORDERED.

Dated: January 18, 2023
       New York, New York
                                                    JOHN P. CRONAN
                                                      United States District Judge